DAVID M.C. PETERSON
California State Bar Number 254498
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California  92101-5008
Telephone:  (619) 234-8467
Email: david_peterson@fd.org

Attorneys for Mr. Alcazar

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JEFFREY T. MILLER)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 08CR2576-JM |
| Plaintiff, | ) ) | DATE:     September 5, 2008 |
| v. | ) ) | TIME:     11:00 a.m. |
| PEDRO ALCAZAR, | ) ) | **MOTION TO SHORTEN TIME** |
| Defendant. | ) ) | |

The above-named defendant, by and through counsel, moves this Court for an order shortening time in his Motions as listed in the attached pleadings to eleven (11) days, to be heard September 5, 2008, at 11:00 a.m., or as soon thereafter as counsel may be heard, for the following reasons:

Defense counsel had motions to prepare and file; defense counsel had court appearances on other cases; counsel was unable to write the Motions as listed until Saturday, August 23, 2008.

                                                    Respectfully submitted,

DATED: August 25, 2008                             ***/s/ DAVID M.C. PETERSON***
                                                          DAVID M.C. PETERSON
                                                          Federal Defenders of San Diego, Inc.
                                                          Attorneys for Defendant Alcazar

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Copy to Defendant

Dated: August 25, 2008         /s/ DAVID M.C. PETERSON
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA  92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
David_Peterson@fd.org (email)