UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JEFFREY T. MILLER)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.   08CR2576-JM |
| Plaintiff, ) | DATE:   September 5, 2008 |
| ) | TIME:   11:00 a.m. |
| v. ) | |
| PEDRO ALCAZAR, ) | **ORDER** |
| Defendant. ) | |

Motion to shorten time having been made in the above-entitled matter, the Court being fully advised and good cause appearing therefore,

**IT IS HEREBY ORDERED** that time for hearing the matter for the defendant regarding the Motions as listed in the attached pleadings in the above-entitled action be shortened to eleven (11) days, and that the matter be calendared for hearing on September 5, 2008 at 11:00 a.m., or as soon thereafter as counsel may be heard.

**SO ORDERED.**

DATED: August 27, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge