# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

(Honorable Jeffrey T. Miller)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 08CR2576-JM |
| Plaintiff, ) | |
| ) | ORDER GRANTING JOINT MOTION |
| v. ) | TO CONTINUE SENTENCING |
| ) | HEARING [Docket No. 26) |
| PEDRO ALCAZAR, ) | |
| Defendant. ) | |

    Upon the joint motion of the parties (Docket No. 26) and for good cause shown, the Sentencing Hearing previously scheduled for Friday, January 30, 2009 at 9:00 a.m. is hereby continued to **February 13, 2009 at 9:00 a.m.** Defendant, PEDRO ALCAZAR, is in custody.

DATED:  January 29, 2009

_____
Hon. Jeffrey T. Miller
United States District Judge